UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRENDA LEE JONES,

    Plaintiff,

v.                                               Case No: 8:16-cv-1404-T-27TBM

CITIBANK, N.A., DENNIS DRUMMOND
and COLLEEN DRUMMOND,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation of the Magistrate Judge recommending that Plaintiff's request for leave to proceed *in forma pauperis* (Dkt. 2) be denied without prejudice (Dkt. 5) and that Plaintiff's Complaint be dismissed, but allow Plaintiff to file, within twenty days, an amended complaint. Plaintiff has not filed objections and the time in which to do so has passed.[1] Upon consideration, the Report and Recommendation is adopted as the opinion of the Court, Plaintiff's request to proceed *in forma pauperis* is denied without prejudice, and Plaintiff's Complaint is dismissed.

---

[1] The docket reflects that the Report and Recommendation was mailed to *pro se* Defendant on June 16, 2016, but was returned as undeliverable and unable to forward. A party has a duty to keep the Court informed of his address. It is Defendant's responsibility to notify the Court of any change in his address. *See Lewis v. Conners Steel Co.*, 673 F.2d 1240 (11th Cir.1982) (stating that it is "fair and reasonable for [a party] to assume the burden of advising ... of address changes or to take other reasonable steps to ensure delivery ... to his current address."). There is nothing in the record reflecting any change in Plaintiff's address and the proofs of service filed subsequently have the same mailing address for Plaintiff. In any event, the Magistrate Judge's legal conclusions have been reviewed *de novo* and are not wrong. Therefore, any failure to consider objections would be harmless. *See Braxton v. Estelle*, 641 F.2d 392, 397 (5th Cir. Unit A Apr. 1981) (per curiam) (holding that because "the district judge could assess the merits of the petition from its face," the district court's failure to review objections by the petitioner, who may have not received notice of the R&R, was harmless (quotation omitted)).

1

A district court may accept, reject or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). In the absence of specific objections, there is no requirement that factual findings be reviewed *de novo*, and the court may accept, reject or modify, in whole or in part, the findings and recommendations. § 636(b)(1)(C); *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). Legal conclusions are reviewed *de novo*, even in the absence of an objection. *See LeCroy v. McNeil*, 397 Fed. App'x. 554, 556 (11th Cir. 2010) (citing *United States v. Warren*, 687 F.2d 347, 348 (11th Cir. 1982)); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

Accordingly,

The Report and Recommendation (Dkt. 5) is **APPROVED** and **ADOPTED** as the opinion of the Court for all purposes, including for appellate review. Plaintiff's request to proceed *in forma pauperis* (Dkt. 2) is **DENIED** *without prejudice* and her Complaint (Dkt. 1) is **DISMISSED** *without prejudice*. Plaintiff may file an amended complaint within **twenty (20) days**, which must be accompanied by either a renewed motion to proceed *in forma pauperis* or the filing fee. <u>Failure to file an amended complaint will result in this case being dismissed without further notice.</u>

**DONE AND ORDERED** this 14th day of July, 2016.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
pro se Plaintiff
Counsel of Record